**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Vs.** | : | **Docket No.: 02-00053-01T** |
| | : | |
| **LEON TAYLOR** | : | |

**MOTION TO REDUCE SENTENCE**

Now comes the Defendant in the above-entitled matter, and hereby respectfully requests that this Honorable Court so move and reduce the sentence imposed by the Honorable Justice Torres on the 7th day of April, 2003.

FOR REASON STATES that based upon the new sentencing guidelines as relating to crack distribution, the Defendant is subject to a two level reduction.

WHEREBY, your Defendant prays that this Honorable Court so move and grant Defendant's Motion to Reduce Sentence that was imposed upon the Defendant on April 7, 2003.

Respectfully Submitted,
Attorney for Defendant,

/s/ Steven D. DiLibero, Esquire
Steven D. DiLibero, Esquire (#4678)
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

**CERTIFICATION OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Vs.** | : | **Docket No.: 02-00053-01T** |
| | : | |
| **LEON TAYLOR** | : | |

## MOTION TO REDUCE SENTENCE

Now comes the Defendant in the above-entitled matter, and hereby respectfully requests that this Honorable Court so move and reduce the sentence imposed by the Honorable Justice Torres on the 7th day of April, 2003.

FOR REASON STATES that based upon the new sentencing guidelines as relating to crack distribution, the Defendant is subject to a two level reduction.

WHEREBY, your Defendant prays that this Honorable Court so move and grant Defendant's Motion to Reduce Sentence that was imposed upon the Defendant on April 7, 2003.

Respectfully Submitted,
Attorney for Defendant,

/s/ Steven D. DiLibero, Esquire
Steven D. DiLibero, Esquire (#4678)
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

## CERTIFICATION OF SERVICE

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire