UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                      Cr. No. 02-053T

LEON TAYLOR

### ORDER GRANTING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Leon Taylor has filed a motion for a reduction of his 121 month sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §§1B1.10 and 2D1.1. A review of the record indicates that, while Taylor would be eligible for a reduction in his guideline sentence pursuant to 18 U.S.C. §3582(c), he is subject to the statutory minimum sentence of 120 months imposed by 21 U.S.C. §§841(a)(1)(A) and (b)(1)(A). Because the government agrees that a sentence of 120 months would be appropriate, the motion for reduction of sentence is granted and the defendant's sentence is reduced to 120 months. Except as herein provided, all provisions of the judgment dated April 16, 2003 shall remain in effect.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 15, 2009